IN THE SUPREME COURT OF THE STATE OF DELAWARE

MICHAEL CONTE, derivatively on behalf of SKECHERS U.S.A., INC., §
§
§ No. 76, 2024
§
Appellant, §
§
v. §
§
§ Court Below—Court of Chancery
§ of the State of Delaware,
ROBERT GREENBERG, MICHAEL GREENBERG, DAVID WEINBERG, KATHERINE BLAIR, MORTON ERLICH, RICHARD SISKIND, JEFFREY GREENBERG, GEYER KOSINSKI, RICHARD RAPPAPORT, and SKECHERS U.S.A., INC., §
§
§ C.A. No. 2022-0633
§
§
§
§
§
§
§
§
Appellees. §

Submitted: January 8, 2025
Decided:   January 23, 2025

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices, constituting Court *en Banc*.

### **O R D E R**

Now this 23rd day of January 2025, the Court having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated February 2, 2024, and its Order Granting Motion to Dismiss dated February 4, 2024,

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:


 /s/ *Karen L. Valihura*
Justice